AUSA

FILED
NOV 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8902

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Miguel ROBLES-Castro | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 3, 2007, within the Southern District of California, defendant Miguel ROBLES-Castro did knowingly and intentionally import approximately 20.86 kilograms (45.90 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH, DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Miguel ROBLES-Castro

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Nicole Yammine.

On November 3, 2007, at approximately 1310 hours, Miguel ROBLES-Castro entered the United States at the Calexico, California, West Port of Entry. ROBLES was the driver of a 2002 Chevrolet Silverado.

Customs and Border Protection Officer (CBP) Carrillo noticed that ROBLES was shaking when he presented his DSP-150, Border Crossing Card. ROBLES gave the CBP Officer Carrillo a negative oral Customs declaration. CBP Officer Carrillo looked around the truck and noticed there was only one key, which was in the ignition. CBP Officer Carrillo referred ROBLES and the vehicle to vehicle secondary for further inspection.

In the vehicle secondary lot, CBP Officer Kjellberg took a negative Customs declaration from ROBLES. CBP Kjellberg requested CBP Canine Enforcement Officer (CEO) C. Randolph and his assigned canine conducted a sweep of the vehicle. Officer Randolph stated that the canine had alerted to the bed of the vehicle. CEO Randolph notified CBP Officer Kjellberg of the alert. CBP Officer Kjellberg then turned the inspection to CBP Officer I. Duarte.

A subsequent inspection of the vehicle revealed 18 packages in the front wall in the bed of the pick up. CBP Officer Duarte probed one of the packages, and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 18 packages had a combined net weight of approximately 20.86 kilograms (45.90 pounds).