FILED

07 NOV 14 PM 3:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '07 CR 3107 L

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ROBLES-CASTRO,<br>Defendant. | Criminal Case No. ____________<br>**I N D I C T M E N T**<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about November 3, 2007, within the Southern District of California, defendant MIGUEL ROBLES-CASTRO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 20.86 kilograms (45.90 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

RSK:em:Imperial
11/14/07

Count 2

On or about November 3, 2007, within the Southern District of California, defendant MIGUEL ROBLES-CASTRO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 20.86 kilograms (45.90 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 14, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
REBECCA S. KANTAR
Assistant U.S. Attorney