**KASHA K. POLLREISZ**
California State Bar No. 204148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kasha_Pollreisz@fd.org

Attorneys for Mr. Robles-Castro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE M. JAMES LORENZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ROBLES-CASTRO,<br><br>Defendant. | ) | CASE NO. 07CR3107-MJL<br><br>DATE: December 17, 2007<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) TO COMPEL DISCOVERY/PRESERVE EVIDENCE;<br>(2) TO PRESERVE AND RE-WEIGH NARCOTIC EVIDENCE<br>(3) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND<br>(4) GRANT LEAVE TO FILE FURTHER MOTIONS. |

**TO: KAREN P. HEWITT, ACTING UNITED STATES ATTORNEY, AND STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on December 17, 2007, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Miguel Robles-Castro, by and through his counsel, Kasha K. Pollreisz and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

**MOTIONS**

The defendant, Miguel Robles-Castro, by and through his attorneys, Kasha K. Pollreisz and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery/preserve evidence;
2) to preserve and re-weigh narcotic evidence;
3) dismiss the Indictment due to misinstruction of the Grand Jury; and,
4) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ *Kasha K. Pollreisz*

Dated: November 29, 2007

**KASHA K. POLLREISZ**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Robles-Castro
Kasha_Pollreisz@fd.org