**KASHA K. POLLREISZ**
California State Bar No. 204148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
kasha_pollreisz@fd.org

Attorneys for Mr. Robles-Castro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ROBLES-CASTRO,<br>Defendant. | Case No. 07cr3107-L<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kasha K. Pollreisz, and Federal Defenders of San Diego, Inc., counsel for Miguel Robles-Castro, along with Assistant United States Attorney Stewart Young, that the sentencing hearing set for May 27, 2008 at 8:30 a.m. be rescheduled to **Monday, June 9, 2008, at 8:30 a.m.**

Respectfully submitted,

DATED: May 23, 2008

*/s/ Kasha K. Pollreisz*
**KASHA K. POLLREISZ**
Federal Defenders of San Diego, Inc.
Attorneys for Miguel Robles-Castro

DATED: May 23, 2008

*/s/ Stewart Young*
**STEWART YOUNG**
Assistant United States Attorney
stewart.young@usdoj.gov