**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>MIGUEL ROBLES-CASTRO,<br>Defendant. | Case No. 07-CR-3107-L<br><br>**ORDER CONTINUING HEARING** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing in the above-captioned case is continued from May 27, 2008, at 8:30 a.m. to June 9, 2008, at 8:30 a.m.

IT IS SO ORDERED.

DATED: May 27, 2008

M. James Lorenz
United States District Court Judge